Date signed May 19, 2010



PAUL MANNES
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Cloverleaf Enterprises, Inc. | * | Case No. | 09-20056 |
| | * | Chapter | 11 |
| | * | | |
| Debtor | * | | |
| ************************************** | * | | |
| Betsy Brown, *et al.* | * | | |
| | * | | |
| | * | | |
| Plaintiffs | * | | |
| vs. | * | Adversary | No. 10-00322 |
| Cloverleaf Enterprises, Inc. | * | | |
| | * | | |
| | * | | |
| Defendant | * | | |

### <u>MEMORANDUM OF DECISION</u>

By Notice of Removal filed May 12, 2010 in this court, Defendant removed the civil action entitled *Betsy Brown, et al. v. Cloverleaf Enterprises, Inc.* (Case No. CAL 10 14782) (the "Brown Action"), filed in the Circuit Court for Prince George's County, Maryland on May 11, 2010.  The Circuit Court granted a temporary restraining order in the Brown Action and, according to Defendant, removal of the Brown Action is appropriate on the ground that the filing of that action violated an order entered on May 5, 2010 by this court in *Lisi v. Cloverleaf Enterprises, Inc.* (A.P. No. 10-00259), pursuant to which the automatic stay of § 362(a) was "lifted effective May 7, 2010 ... in order to allow the Plaintiff, Arthur J. Lisi, to assert against the Defendant, Cloverleaf Enterprises, Inc., any defenses which he may have to an eviction from the Debtor's premises."

Plaintiffs have filed a motion to remand the Brown Action to the Circuit Court. Inasmuch as the intention of the prior order in terminating the automatic stay was to encompass the type of

action filed by the Plaintiffs, the court will grant the Motion for Remand.  This proceeding is based upon a state law cause of action related to a case under Title 11 that can be timely adjudicated in a state forum of appropriate jurisdiction.  Therefore, pursuant to 28 U.S.C.§ 1452(b), the Brown Action will be remanded to the Circuit Court for Prince George's County, Maryland.

An appropriate order will be entered.

cc:     All Parties
        All Counsel

**End of Order**